RICHARD M. HOE et al., Respondents, *v.* CURTIS G. HUS-
SEY et al., Appellants.

(Argued April 18, 1878 ; decided April 26, 1878.)

*Samuel Hand* for appellants.

*Eugene Smith* for respondents.

Agreed to affirm.   No opinion.
All concur.
Judgment affirmed.

---

GEORGE H. MAYBURY, Respondent, *v.* THE HOMER AND
CORTLAND GAS LIGHT COMPANY, Appellant.

(Argued April 19, 1878 ; decided April 26, 1878.)

*M. M. Waters* for appellant.

*Samuel Hand* for respondent.

Agreed to affirm.   No opinion.
All concur.
Judgment affirmed.